IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-75-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DESHAUN ENTREA SPRUILL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit 2 – Defendant's Medical Records [D.E. 495] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 494] For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 2 – Defendant's Medical Records [D.E. 495].

SO ORDERED this 28 day of December, 2021.

JAMES C. DEVER III
United States District Court Judge