UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-cr-00075-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DESHAUN ENTREA SPRUILL | ) | |

Before the Court is Defendant's motion to seal the Exhibit (DE 491) submitted in support of his motion for compassionate release. The Court finds that the Exhibit contain sensitive personal health information and that the subject of those records has a legitimate and compelling interest in maintaining the privacy of those records. The Court finds there is no reasonable alternative to sealing. The Court finds that the legitimate interest of protecting personal health information outweighs any right that the public may have in the information contained in the Exhibit.

THEREFORE, the Motion to Seal is GRANTED. The Clerk is ORDERED to maintain DE 491 under seal.

SO ORDERED, this 14 day of January, 2022.

James C. Dever III
United States District Judge